RANDO v. NATIONAL PARK BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Frank Rando against the National Park Bank of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 137 App. Div. 944, 122 N. Y. Supp. 1142.

RANGER, Appellant, v. YATES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Giles Ranger against Helen M. Yates and others. No opinion. Judgment affirmed, with costs.

RATHBONVILLE UNION CEMETERY ASS'N, Respondent, v. BETSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by the Rathbonville Union Cemetery Association against George W. Betson.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents upon the ground that the evidence does not show that the plaintiff has title to the property where the fence is located, or any such interest in it as to entitle it to maintain the action.

RAYMOND, Appellant, v. TIFFANY et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Irving E. Raymond, as president, against Louis G. Tiffany and others. L. M. Berkeley, for appellant. A. F. Gotthold, for respondents. No opinion. Judgment modified, as directed in order, and, as modified, affirmed, with costs to respondents. Order filed. See, also, 117 App. Div. 910, 102 N. Y. Supp. 1146; 59 Misc. Rep. 283, 112 N. Y. Supp. 252; 135 App. Div. 353, 120 N. Y. Supp. 380.

REDINGTON, Respondent, v. HARTFORD, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Caroline G. Redington against George H. Hartford. No opinion. Judgment and order affirmed, with costs.

REGAN, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Thomas Regan against the Manhattan Refrigerating Company. No opinion. Judgment and order unanimously affirmed on reargument, with costs. See, also, 124 N. Y. Supp. 1127.

REHILL, Respondent, v. SCHIRMER, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Kate E. Rehill against Max Schirmer. No opinion. Motion granted, without costs, in so far as the appeal is from the order denying the motion for a new trial.

RIKER v. GWYNNE et al. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Samuel Riker, Jr., against Helen S. Gwynne and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 App. Div. 423, 124 N. Y. Supp. 124.

ROBERT GAIR CO., Respondent, v. DE MIRACLE CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the Robert Gair Company against the De Miracle Chemical Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re ROBERTS et al. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) In the matter of the application of Charles O. Roberts and others for the removal of Thomas J. Acheson, as supervisor of the town of Philadelphia, Jefferson county, N. Y. No opinion. Motion denied. Time of hearing or adjournment left to the discretion of referee. Any additional time referee desires for making report will be granted on his application. See, also, infra.

In re ROBERTS et al. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) In the matter of the application of Charles O. Roberts and others for the removal of Thomas J. Acheson, as supervisor of the town of Philadelphia, Jefferson county, N. Y. No opinion. William G. Tracy, an attorney residing at Syracuse, N. Y., appointed referee to take the proofs upon the issues raised by the petition and the answer thereto and report the same with his opinion thereon to this court. See, also, supra.

ROBINSON v. JAFFE et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Benjamin Robinson against Samuel Jaffe, defendant, and Tillie Jaffe, appellant. No opinion. Judgment and order of the Municipal Court reversed on authority of Lindenborn v. Vogel, 131 App. Div. 75, 115 N. Y. Supp. 962, and default opened, without costs, and without costs of appeal to either party.

ROBSON, Respondent, v. HASLETT, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Robert R. Robson against Robert Haslett. No opinion. Judgment and order reversed on the ground that the verdict is against the weight of evidence, and new trial granted, with costs to appellant to abide event.

RODELL, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by George C. Rodell, an infant, by guardian ad litem, against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

ROHDE et al. v. ALTKRUG et al. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by

Peter W. Rohde and others against Louis J. Altkrug and Ray Reisenburger, appellants, and others, defendants. No opinion. Judgment affirmed, with costs.

ROOD, Appellant, v. BANK OF CATTARAUGUS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Charles D. Rood against the Bank of Cattaraugus.

PER CURIAM. Appeal dismissed, unless within 20 days the appellant procure the case and exceptions to be filed and pay to respondent's attorney $10 costs of this motion. Memorandum by WILLIAMS, J. See, also, 124 N. Y. Supp. 1128.

SPRING, J., not sitting.

ROOK, Respondent, v. ROOK, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by May E. Rook against Louis E. Rook. No opinion. Final order unanimously affirmed with costs. See, also, 137 App. Div. 935, 121 N. Y. Supp. 1146.

ROSENFELD, Respondent, v. STOLTS, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Hyman Rosenfeld, an infant, etc., against Julius W. Stolts as president, etc. H. C. Allen, for appellant. L. H. Levine, for respondent. No opinion. Order reversed, with $10 costs and disbursements to defendant to abide event of action, and plaintiff required to give bill of particulars as directed in order. Order filed.

ROSENTHAL v. FOLEY et al. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Ray Rosenthal against John Foley, impleaded with others. No opinion. Judgment affirmed, with costs.

ROSENTRAUB v. BROOKLYN, Q. C. & S. R. CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Morris Rosentraub against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

In re ROTHBERG. (Supreme Court, Appellate Division, Second Department. October 5, 1910.) In the matter of the application of Bernard Rothberg to review the action, etc., of inspectors of primary election. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROTHBERG. (Supreme Court, Appellate Division, Second Department. November 3, 1910.) In the matter of the application of Bernard Rothberg to review summarily the action and neglect of the Convention of the Independence League to nominate a candidate of said party for representative from the Fourth congressional district of New York, held on the 13th day of October, 1910, and to set aside the nomination made by such convention. No opinion. Order confirmed, without costs.

RUBINSTEIN v. EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Samuel Rubinstein against the Empire State Surety Company. No opinion. Application granted. Order signed.

RYAN, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by James J. Ryan against the Boston & Maine Railroad.

PER CURIAM. Judgment and order reversed as against the weight of evidence, and new trial granted with costs to appellant to abide event.

SMITH, P. J., and COCHRANE, J., dissenting.

SADLER et al. v. BOSTON & BOLIVIA RUBBER CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by H. McI. Sadler and others against the Boston & Bolivia Rubber Company. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 405.

In re SAYER. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Matter of Henry A. Sayer, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

SAYLES, Appellant, v. KELLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Burton E. Sayles, as executor, etc., of Louisa Sayles, deceased, against William T. Kelley.

PER CURIAM. Order requiring plaintiff to give security for costs affirmed without costs of this appeal to either party. Order dismissing the complaint because of failure to give security for costs affirmed, with $10 costs and disbursements. In view of the affirmance of the previous orders, it is unnecessary to pass upon the appeal from the order directing the plaintiff to pay costs of former action. See, also, 134 App. Div. 957, 118 N. Y. Supp. 1139; also, infra.

SAYLES v. KELLEY. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Burton E. Sayles, as executor, etc., against William T. Kelley. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, supra.

SAYLES, Appellant, v. OSTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Burton E. Sayles, as executor, etc., of